IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEWIS D. BAKER, Derivatively on Behalf of Nominal Defendant ChargePoint Holdings, Inc., : : : : Plaintiff, : : v. : PASQUALE ROMANO, et ao., : : Defendants. : | Civil Action No. 24-10-RGA |

## **O R D E R**

WHEREAS, the above-captioned case was stayed on April 23, 2024, due to related litigations pending before the United States District Court for the Northern District of California (D.I. 13);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**.  The parties shall promptly notify the Court when the related litigations before the United States District Court for the Northern District of has been resolved so that this case may be reopened and other appropriate action may be taken.

April 23, 2024
   DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE