# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEWIS D. BAKER Derivatively on Behalf of Nominal Defendant CHARGEPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE ROMANO, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,<br><br>Defendants.<br><br>and<br><br>CHARGEPOINT HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:24-cv-00010-RGA |

## JOINT STATUS REPORT

Plaintiff Lewis D. Baker ("Plaintiff"), Defendants Pasquale Romano, Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr. (the "Individual Defendants"), and Nominal Defendant ChargePoint Holdings, Inc. ("ChargePoint"), by and through their undersigned counsel, hereby respectfully submit this Joint Status Report in accordance with this Court's Order, dated June 26, 2025. (D.I. 15).

On January 4, 2024, Plaintiff filed the complaint (D.I. 1) in the above-captioned action alleging that the Individual Defendants breached their fiduciary duties by issuing, and/or

permitting the issuance of, materially false and misleading statements during the period of June 1, 2023 and November 16, 2023, inclusive.

On April 7, 2024, the parties filed a Stipulation and [Proposed] Order Regarding Stay of Action, seeking, in an effort to conserve the parties' and judicial resources, a stay of all proceedings and deadlines in this action in light of the substantial similarities between this action and two pending securities class actions in the Northern District of California.

On April 19, 2024, this Court entered an order (D.I. 11) directing Plaintiff to "list[] all of the related securities and derivative complaints filed in the Northern District of California and to explain what are the similarities and what are the differences between those litigations and this one."

On April 23, 2024, Plaintiff, through his undersigned counsel, submitted a Status Report (D.I. 12) identifying the following cases:

- *Khan v. ChargePoint Holdings, Inc. et al*, Case No. 5:23-cv-06172 (N.D. Cal.), filed November 29, 2023.

- *Yates v. Romano, et al.*, Case No. 5:24-cv-00149 (N.D. Cal.), filed January 8, 2024.

- *Smith v. ChargePoint Holdings, Inc., et al.*, Case No. 3:24-cv-00363 (N.D. Cal.), filed January 22, 2024.

- *Roy v. Romano, et al.*, Case No. 5:24-cv-01281 (N.D. Cal.), filed March 1, 2024.

That same day, this Court entered orders granting the parties' stipulation to stay this action and administratively closing the case, directing the parties to "promptly notify the Court when the related litigations before the United States District Court for the Northern District of [California] has been resolved so that this case may be reopened and other appropriate action may be taken." (D.I. 13, 14).

Following this Court's April 23, 2024 orders, two additional related derivative complaints were filed in the Northern District of California:

- *Tonneyck, et al. v. Bowman, et al*. Case No. 5:24-cv-02619 (N.D. Cal.), filed May 2, 2024.

- *Tomasso v. Romano, et al*., Case No. 5:24-cv-03162 (N.D. Cal.), filed May 24, 2024.

On May 16, 2024, the Court entered an order consolidating the *Khan* and *Smith* actions into one action proceeding under the *Khan* name and caption (the "Securities Action"), and appointing lead plaintiffs and lead counsel. Following consolidation, the lead plaintiffs filed an amended complaint on July 19, 2024. The Securities Action defendants filed a motion to dismiss the amended complaint on September 17, 2024, and the motion has been fully briefed since December 20, 2024. A hearing on the motion is scheduled for July 16, 2025.

On September 30, 2024, the Court entered an order consolidating the *Yates*, *Roy*, *Tonneyck*, and *Tomasso* actions into one action captioned *In re ChargePoint Holdings, Inc. Derivative Litigation*, Case No. 5:24-cv-00149 (N.D. Cal.). (the "N.D. Cal. Derivative Action"). On November 4, 2024, the Court entered an order staying the N.D. Cal. Derivative Action pending resolution of the motion to dismiss in the Securities Action. A case management conference in that action is scheduled for August 26, 2025.

In light of the pending motion to dismiss in the Securities Action and the stay in the N.D. Cal. Derivative Action, the parties respectfully request that this action remain stayed and administratively closed pursuant to the terms in this Court's April 23, 2024 orders.

| | |
|---|---|
| Dated:  July 1, 2025 | **RIGRODSKY LAW, P.A.** |
| Of Counsel: | By:*/s/ Herbert W. Mondros*<br>Herbert W. Mondros (#3308)<br>Seth D. Rigrodsky (#3147) |
| **GRABAR LAW OFFICE**<br>Joshua H. Grabar<br>One Liberty Place<br>1650 Market Street Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 507-6085<br>Email: jgrabar@grabarlaw.com | Gina M. Serra (#5387)<br>300 Delaware Avenue, Suite 210<br>Wilmington, DE 19801<br>Telephone: (302) 295-5310<br>Facsimile: (302) 654-7530<br>Email: hwm@rl-legal.com<br>Email: sdr@rl-legal.com<br>Email: gms@rl-legal.com |
| | *Attorneys for Plaintiff* |
| Dated: July 1, 2025 | **MORRIS, NICHOLS, ARSHT**<br>**& TUNNELL LLP** |
| Of Counsel: | By: */s/ Alexandra M. Cumings*<br>John P. DiTomo (#4850) |
| **SIDLEY AUSTIN LLP**<br>Sara B. Brody (CA #130222)<br>Jaime A. Bartlett (CA #251825)<br>Chaddy Georges (CA #335546)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>Email: sbrody@sidley.com<br>Email: jbartlett@sidley.com<br>Email: cgeorges@sidley.com | Alexandra M. Cumings (#6146)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email: jditomo@morrisnichols.com<br>Email: acumings@morrisnichols.com<br><br>*Attorneys for Nominal Defendant ChargePoint Holdings, Inc. and Individual Defendants Pasquale Romano, Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr.* |